1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **BRIAN WILLIAM BELL**

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA
                         -o0O0o-

11 | BRIAN WILLIAM BELL,              No.   2:12-CV-02515-CKD

12 |         Plaintiff,

13 |                                  STIPULATION AND ORDER
                                      EXTENDING PLAINTIFF'S
                                      TIME TO FILE
14 |    v.                            MOTION FOR SUMMARY
                                      JUDGMENT

16 | COMMISSIONER OF SOCIAL SECURITY,

17 |         Defendant.
   _____/

18     IT IS HEREBY STIPULATED by and between the parties, through their respective
19 undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for
20 summary judgment is extended from its prior due date to April 26, 2013.

21     This is the first extension.

22 Dated: March 29, 2013                    */s/   Jesse S. Kaplan*
                                            JESSE S. KAPLAN
23                                          Attorney for Plaintiff

24
   Dated: March 29, 2013                    */s/ per e-mail authorization*
25
                                            DANIEL TALBERT
26                                          Special Assistant U.S. Attorney
                                            Attorney for Defendant

                                    1

**ORDER**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 26, 2013.

SO ORDERED.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE