1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **BRIAN WILLIAM BELL**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **BRIAN WILLIAM BELL,** | No.   2:12-CV-02515-CKD |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from its prior due date to April 26, 2013.

   This is the first extension.

Dated: March 29, 2013               /s/   Jesse S. Kaplan
                                    JESSE S. KAPLAN
                                    Attorney for Plaintiff


Dated: March 29, 2013                /s/ per e-mail authorization

                                    DANIEL TALBERT
                                    Special Assistant U.S. Attorney
                                    Attorney for Defendant

1

## **ORDER**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 26, 2013.

SO ORDERED.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE